| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LAW OFFICE OF RICHARD JACOBS<br>Richard Jacobs, Esq.<br>13512 Hatteras St.<br>Valley Glen, CA 91401<br>Tel: (818) 216-0663, facsimile (818)780-8696<br>richardjacobslaw@gmail.com<br><br>ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MISSION LLC, a California Limited Liability Company<br>Plaintiff(s),<br>v.<br>THE STATE OF CALIFORNIA; THE CITY OF SANTA BARBARA; and DOES 1-100<br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-10231<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   THE MISSION LLC, a California Limited Liability Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Craig Smith | Ownership Interest |

10/24/2025
Date

Richard B. Jacbos - /s/
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff The Mission LLC