1
Eric S. Phillips (SBN 287680)
E-mail: ephillips@bwslaw.com

2
Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com

3
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650

4
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

5

6
Sarah Jane Knecht, City Attorney (SBN 138275)
E-mail: sknecht@santabarbaraca.gov

7
Tava Marie Ostrenger, Assistant City Attorney (SBN 249964)
E-mail: tostrenger@santabarbaraca.gov
CITY OF SANTA BARBARA

8
740 State Street, Suite 201
Post Office Box 1990

9
Santa Barbara, CA 93102-1990
Tel: 805.564.5326    Fax: 805.564.5426

10

11
Attorneys for Defendant CITY OF
SANTA BARBARA

12
UNITED STATES DISTRICT COURT

13
CENTRAL DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  THE MISSION LLC, a California Limited Liability Company, | Case No. 2:25-cv-10231 – HDV (KSx) |
| 17       Plaintiff, | **EX PARTE APPLICATION TO EXTEND DEFENDANT CITY OF SANTA BARBARA'S RESPONSIVE PLEADING DEADLINE** |
| 18       v. | |
| 19  THE STATE OF CALIFORNIA; THE CITY OF SANTA BARBARA; and | Complaint Served:  11/10/25 (City) |
| 20  DOES 1-100, | Current Response Date:  12/1/25 Proposed New Response Date: 12/31/25 |
| 21       Defendants. | |
| 22 | Complaint filed:  10/24/25 |

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

1

Case No. 2:25-cv-10231 – HDV (KSx)
CITY'S EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

1   Defendant City of Santa Barbara ("City"), as more fully set forth in the

2   accompanying declaration of Eric S. Phillips, respectfully requests that this Court

3   enter an order extending the deadline for the City to file and serve its responsive

4   pleading by thirty (30) days from December 1, 2025 to **December 31, 2025**, for

5   good cause shown.

6       Plaintiff The Mission LLC ("Plaintiff") filed the Complaint on October 24,

7   2025.  Dkt. 1.  Plaintiff, however, did not serve the Complaint on the City until

8   November 10, 2025.  Phillips Decl., ¶ 3.  The City retained the undersigned on

9   November 21, 2025.  *Id.* at ¶ 3.

10      Local Rule 7-3 requires the parties to meet and confer at least seven days

11  prior to the filing of any motion.  To comply with that requirement, the City's

12  attorneys contacted Plaintiff's counsel via email and telephone on November 21,

13  2025 to (1) request that Plaintiff stipulate to an extension of the City's responsive

14  pleading deadline; or alternatively (2) meet and confer on the City's anticipated

15  Motion to Dismiss pursuant to FRCP 12(b)(1) and 12(b)(6) by no later than

16  November 24, 2025 (i.e., seven days before the current December 1, 2025 deadline

17  for the City's Motion to Dismiss).  *Id.* at ¶¶ 4-6.

18      Mr. Jacobs' contact information is as follows:

19  Richard Jacobs
20  13512 Hatteras Street
    Valley Glen, CA 91401
21  Tel.:  (818) 216-0663
22  E-mail:  richardjacobslaw@gmail.com

23      The City reached Plaintiff's counsel via telephone on November 21, 2025.  *Id.*

24  at ¶ 6.  Plaintiff's counsel responded that he would have to confer with his client

25  regarding the requested extension, but that neither he nor his client were available to

26  meet and confer on November 24, 2025.  *Id.* at ¶ 6.

27      The City followed up on its request for an extension of the responsive

28  pleading deadline and request to meet and confer on Monday, November 24, 2025.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

2

Case No. 2:25-cv-10231 – HDV (KSx)
CITY'S EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

1   *Id.* at ¶ 7.  Plaintiff's counsel did not respond to the City's email, voicemail, or text

2   message.  *Id.* at ¶ 7.

3       The City followed up with Plaintiff's counsel again on the morning of

4   Tuesday, September 25, 2025, via telephone, text message, and email, but received

5   no substantive response.  *Id.* at ¶¶ 8-10.

6       Good cause exists to grant this application.  The Complaint against the City

7   suffers from many deficiencies.  These include:  (1) this Court does not have

8   jurisdiction over Plaintiff's third and fourth claims for relief against the City because

9   there is no diversity between Plaintiff and the City and neither claim involves a

10  federal question; (2) this Court does not have jurisdiction over Plaintiff's third or

11  fourth claims for relief because those claims are not ripe and Plaintiff has not

12  exhausted administrative remedies; (3) Plaintiff's claim for relief against the City is

13  time barred by Government Code section 65009(c)(1)(A).  *Id.* at ¶ 5.  A thirty-day

14  extension would allow the parties to meet and confer so that Plaintiff can decide

15  whether it can cure deficiencies in the Complaint.

16      Moreover, because Plaintiff did not serve the Complaint until November 10,

17  2025, the City's responsive pleading deadline is December 1, 2025, the first

18  working day following the Thanksgiving holiday.  The City's counsel is traveling to

19  see family for the Thanksgiving holiday.  *Id.* at ¶ 10.

20      The City provided timely notice to Plaintiff regarding this *ex parte* application

21  and has asked whether Plaintiff would oppose.  *Id.* at ¶ 8.  As of this writing, the

22  City has received no substantive response.  *Id.* at ¶ 8.  Because of the impending

23  Thanksgiving holiday, the City cannot risk waiting any longer to request relief from

24  this Court.  *Id.* at ¶ 10.

25      If Plaintiff responds and is amenable to the requested extension, the City will

26  file a stipulation pursuant to Local Rule 8-3.  Meantime, the City respectfully

27  requests an order extending the deadline for the City's initial responsive pleading in

28  this case by thirty days, to December 31, 2025.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

3

1 | Dated:  November 25, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Eric S. Phillips
Nicholas J. Muscolino
Attorneys for Defendant CITY OF
SANTA BARBARA

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4          Case No. 2:25-cv-10231 – HDV (KSx)
CITY'S EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

**PROOF OF SERVICE**

**The Mission LLC v. The State of California, et al.**

**2:25-cv-10231 – HDV (KSx)**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 1999 Harrison Street, Suite 1650, Oakland, CA 94612-3520.

      On November 25, 2025, I served true copies of the following document(s) described as **EX PARTE APPLICATION TO EXTEND DEFENDANT CITY OF SANTA BARBARA'S RESPONSIVE PLEADING DEADLINE**

**DECLARATION OF ERIC S. PHILLIPS IN SUPPORT OF DEFENDANT CITY OF SANTA BARBARA'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**

**ORDER GRANTING DEFENDANT CITY OF SANTA BARBARA'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**

      on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

      **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ascott@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on November 25, 2025, at Oakland, California.

_____
Anne M. Scott

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1

**SERVICE LIST**

**2:25-cv-10231 – HDV (KSx)**

LAW OFFICE OF RICHARD JACOBS      Attorneys for Plaintiff GRAND SANTA
Richard Jacobs, Esq.                            BARBARA LLC
13512 Hatteras St.
Valley Glen, CA 91401
richardjacobslaw@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

2