Eric S. Phillips (SBN 287680)
E-mail: ephillips@bwslaw.com
Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Sarah Jane Knecht, City Attorney (SBN 138275)
E-mail: sknecht@santabarbaraca.gov
Tava Marie Ostrenger, Assistant City Attorney (SBN 249964)
E-mail: tostrenger@santabarbaraca.gov
CITY OF SANTA BARBARA
740 State Street, Suite 201
Post Office Box 1990
Santa Barbara, CA 93102-1990
Tel: 805.564.5326   Fax: 805.564.5426

Attorneys for CITY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MISSION LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; THE CITY OF SANTA BARBARA; and DOES 1-100,<br><br>Defendants. | Case No. 2:25-cv-10231 – HDV (KSx)<br><br>**DECLARATION OF ERIC S. PHILLIPS IN SUPPORT OF DEFENDANT CITY OF SANTA BARBARA'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**<br><br>Complaint filed: October 24, 2025 |

I, ERIC S. PHILLIPS, declare as follows:

1. I am admitted in this Court and the State of California. I am a partner at Burke, Williams & Sorenson, LLP, and I am counsel of record for defendant CITY OF SANTA BARBARA ("City") in this case.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

1

Case No. 2:25-cv-10231 – HDV (KSx)
EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

if called and sworn as a witness.

3. According to this Court's docket, Plaintiff The Mission LLC ("Plaintiff") filed the Complaint on October 24, 2025. However, Plaintiff did not serve the Complaint on the City until November 10, 2025.

4. The City retained me and my law firm to represent it in this matter on November 21, 2025. On November 21, 2025 at 1:41 PM, my colleague, Nicholas J. Muscolino, emailed Plaintiff's counsel, Richard Jacobs to (a) schedule a time to meet and confer regarding the City's anticipated motion to dismiss pursuant to FRCP 12(b)(1) and 12(b)(6); and (b) request a stipulation to extend the City's responsive pleading deadline.

5. The City believes that the Complaint against the City is subject to a Motion to Dismiss on numerous grounds. These include: (a) this Court does not have jurisdiction over Plaintiff's third and fourth claims for relief against the City because there is no diversity between Plaintiff and the City and neither claim involves a federal question; (b) this Court does not have jurisdiction over Plaintiff's third or fourth claims for relief because those claims are not ripe and Plaintiff has not exhausted administrative remedies; (c) Plaintiff's fourth claim for relief against the City is time barred by Government Code section 65009(c)(1)(A).

6. I separately spoke with Mr. Jacobs via telephone on the afternoon of November 21, 2025 at approximately 3:15 PM. I reiterated the requests described in Paragraph 4. Mr. Jacobs responded that he would have to discuss the City's requests with Plaintiff. However, Mr. Jacobs told me that neither he nor his client were available to meet and confer regarding the City's motion to dismiss on Monday, November 24, 2025. On November 24, 2025, after our telephone call at 4:35 PM, I emailed Mr. Jacobs a draft stipulation proposing to extend the City's responsive pleading deadline from December 1 to December 31, 2025.

7. On November 24, 2025, I called Mr. Jacobs and left him a voicemail at 3:59 PM, then immediately follow up with an email and a text message again

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

2

Case No. 2:25-cv-10231 – HDV (KSx)
EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

requesting confirmation that Plaintiff would stipulate to extend the City's responsive pleading deadline. I received no response on November 24, 2025.

8. On the morning of November 25, 2025, at 9:14 AM, I called Mr. Jacobs to follow up on my prior requests. His voicemail box was full, but he immediately responded via text message: "Can I call you later?" At 9:14 AM on November 25, 2025, I responded via text as follows:

> Yes – thank you. We just need to know if you will be agreeing to the extension stipulation today; otherwise, we will file ex parte asking for an extension up to 30 days and wish to know if you would plan to oppose.

9. As of this writing, Mr. Jacobs has not returned my November 25, 2025, telephone call or otherwise responded to my text message.

10. On November 25, 2025 at 11:27 AM, I also emailed Mr. Jacobs to again advise him of this ex parte application. I again asked if his client had agreed to the stipulation and whether he intended to oppose this ex parte application. As of this writing, I have received no response. At 11:32 AM on November 25, 2025, my colleague, Nicholas Muscolino, advised Mr. Jacobs via email that Plaintiff's opposition (if any) to the City's ex parte application would be due by approximately noon on November 26, 2025.

11. I intend to continue my efforts to secure Plaintiff's stipulation to extend the responsive pleading deadline. However, like many people, I and my co-counsel, Nicholas J. Muscolino, are traveling to see family for the Thanksgiving holiday. Accordingly, to afford the Court the opportunity to act on this *ex parte* application before the Court and its staff depart for their own holiday festivities, and to avoid working the holiday, we can wait no longer for Plaintiff's agreement.

12. This extension is not brought for purposes of delay or harassment. I do not believe that an extension would prejudice Plaintiff.

13. I have worked with Mr. Jacobs on several prior cases. His contact information is as follows:

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

3

Case No. 2:25-cv-10231 – HDV (KSx)
EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE

Richard Jacobs
13512 Hatteras Street
Valley Glen, CA 91401
Tel.: (818) 216-0663
E-mail: richardjacobslaw@gmail.com

14. In my experience, contacting Mr. Jacobs via text message usually gets the quickest response.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on November 25, 2025, at Goodyear, Arizona.

*/s/ Eric S. Phillips*
Eric S. Phillips

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4

Case No. 2:25-cv-10231 – HDV (KSx)
EX PARTE APPLICATION TO EXTEND
RESPONSIVE PLEADING DEADLINE