Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com
BURKE, WILLIAMS &
SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780  Fax: 510.839.9104

Sarah Jane Knecht, City Attorney (SBN 138275)
E-mail: sknecht@santabarbaraca.gov
Tava Marie Ostrenger, Assistant City Attorney (SBN 249964)
E-mail: tostrenger@santabarbaraca.gov
CITY OF SANTA BARBARA
740 State Street, Suite 201
Post Office Box 1990
Santa Barbara, CA 93102-1990
Tel: 805.564.5326   Fax: 805.564.5426

Attorneys for Defendant CITY OF SANTA BARBARA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MISSION LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; THE CITY OF SANTA BARBARA; and DOES 1-100,<br><br>Defendants. | Case No. 2:25-cv-10231 – HDV (KSx)<br><br>**ORDER GRANTING DEFENDANT CITY OF SANTA BARBARA'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**<br><br>[PROPOSED]<br><br>Complaint filed: 10/24/25 |

The Court hereby grants the Ex Parte Application of Defendant CITY OF SANTA BARBARA'S ex parte application to extend the responsive pleading deadline from December 1, 2025 up to and including December 31, 2025.

1  IT IS SO ORDERED:

2  DATED: _____, 2025

_____
Hon. Hernán D. Vera