Eric S. Phillips (SBN 287680)
E-mail: ephillips@bwslaw.com
Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Sarah Jane Knecht, City Attorney (SBN 138275)
E-mail: sknecht@santabarbaraca.gov
Tava Marie Ostrenger, Assistant City Attorney (SBN 249964)
E-mail: tostrenger@santabarbaraca.gov
CITY OF SANTA BARBARA
740 State Street, Suite 201
Post Office Box 1990
Santa Barbara, CA 93102-1990
Tel: 805.564.5326   Fax: 805.564.5426

Attorneys for CITY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MISSION LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; THE CITY OF SANTA BARBARA; and DOES 1-100,<br><br>Defendants. | Case No. 2:25-cv-10231 – HDV (KSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 11/10/25 (City)<br>Current Response Date: 12/1/25<br>New Response Date: 12/31/25<br><br>Complaint filed: 10/24/25 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1

Case No. 2:25-cv-10231 – HDV (KSx)
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

**TO THE CLERK, THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiff The Mission LLC ("Plaintiff") and Defendant City of Santa Barbara ("City"), by and through their respective counsel, that the City shall have until and including **December 31, 2025** to file a responsive pleading to Plaintiff's Complaint for Declaratory and Injunctive Relief.

Pursuant to Local Rule 8-3 of the United States District Court of the Central District of California, this stipulation extends the deadline for the City's responsive pleading by not more than 30 days. There have been no prior stipulations to extend the deadline for the City's responsive pleading.

Dated: November 25, 2025        BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Eric S. Phillips
Nicholas J. Muscolino
Attorneys for Defendant CITY OF SANTA BARBARA

Dated: November 25, 2025        LAW OFFICE OF RICHARD JACOBS

By:     */s/ Richard Jacobs*
Richard Jacobs
Attorneys for Plaintiff THE MISSION LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Richard Jacobs, counsel for Plaintiff, and Nicholas J. Muscolino and that I have obtained Mr. Jacobs' and Mr. Muscolino's authorization to affix their electronic signatures to this document.

Dated:  November 25, 2025        BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Nicholas J. Muscolino
Attorneys for Defendant CITY OF SANTA BARBARA

# PROOF OF SERVICE

**THE MISSION LLC vs CITY OF SANTA BARBARA**
**2:25-cv-10231 – HDV (KSx)**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1999 Harrison Street, Suite 1650, Oakland, CA 94612-3520.

On November 25, 2025, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ascott@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 25, 2025, at Oakland, California.

*/s/ Anne M. Scott*

Anne M. Scott

**SERVICE LIST**
**THE MISSION LLC vs CITY OF SANTA BARBARA**
**Case No. 25CV03180**

| | |
|---|---|
| Richard Jacobs, Esq.<br>LAW OFFICE OF RICHARD JACOBS<br>13512 Hatteras St.<br>Valley Glen, CA 91401<br>E-mail: richardjacobslaw@gmail.com | Attorney for Plaintiff **THE MISSION LLC** |